Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA  91403
(818) 933-5700  Fax: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jean Ann Kallie | CASE NO. SV14-11554-VK |
| | **WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** |
| | Date:  October 13, 2015 |
| | Time:  10:30 am |
| | Place: Courtroom 301 |
| | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |
| (DEBTOR) | |

To the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, Debtor, Counsel for Debtor, if any, and all interested parties:

A hearing on debtor's opposition to the motion to dismiss was scheduled for <u>October 13, 2015</u> at 10:30 am.

The Motion by the Chapter 13 Trustee for dismissal of the above captioned Chapter 13 Case, served on the Debtor and Counsel for Debtor, if any, on <u>August 14, 2015</u>, is hereby withdrawn.

DATED: November 10, 2015

_____
Elizabeth F. Rojas
Chapter 13 Trustee

## PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to the above action and that on November 10, 2015 I mailed copies of this document to:

Jean Ann Kallie
18162 Kingsport Drive
Malibu, CA  90265

Simon Resnik Hayes LLP
15233 Ventura Boulevard
Suite 250
Sherman Oaks, CA  91403

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
915 Wilshire Blvd, Suite 1850
Los Angeles, CA  90017

Executed at Sherman Oaks, California on November 10, 2015.

_____
Gisele Dorsey